

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00029-CV

Linda Salas **POLLOK**,
Appellant

v.

Marcel Andrew **POLLOK**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 92-11-31, 307-CV
Honorable Michael Ventura Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the portion of the trial court's order awarding attorney's fees in favor of Marcel Andrew Pollok is AFFIRMED. The portion of the trial court's order finding the divorce decree to be ambiguous and awarding Linda Salas Pollok a one-half interest in Marcel Andrew Pollok's profit-sharing plan that accrued during the marriage is REVERSED and judgment is RENDERED to award Linda Salas Pollok a one-half interest in the total amount of Marcel Andrew Pollok's profit-sharing plan.

It is ordered that the parties each bear their own costs of this appeal.

SIGNED September 28, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice